No. 2696.—J. G. D'ARMOND v. SAMUEL A. DUBOSE.

A document having the requisite amount of United States internal revenue stamps thereon is admissible in evidence, although they are not canceled as required by the revenue laws. The failure to have the stamps properly canceled subjects the parties to the penalties prescribed by the United States for such neglect, but does not invalidate or render the instrument inadmissible in evidence.

APPEAL from the Fifth District Court, parish of East Feliciana. Posey, J. Cross & Hardee and Race, Foster & E. T. Merrick, for plaintiff and appellee. Kernan & Lyons, for defendant and appellant.

HOWE, J. The defendant, appellant, contends that the court a qua erred in receiving in evidence the note sued upon, because, having upon it the amount of stamps required by the laws of the United States, those stamps were not properly canceled.

We are of opinion that the court did not err. The internal revenue laws of the United States provide a special method of cancellation, and a penalty for its non-observance; but we are not advised that they anywhere provide that instruments on which the proper stamps have been affixed, but not properly canceled, shall be invalid, or incapable of being introduced in evidence.

It is therefore ordered that the judgment appealed from be affirmed, with costs.